**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SANTANA TESORO, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:26-CV-01395 <br><br> JUDGE ROBERT W. GETTLEMAN <br><br> MAGISTRATE JUDGE YOUNG B. KIM |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff, Santana Tesoro, LLC ("Plaintiff"), by its counsel, respectfully requests that this Court grant Gouthami V. Tufts leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Gouthami V. Tufts is one of the attorneys of record for Plaintiff.

2. Ms. Tufts will be leaving the law firm of Sullivan & Carter, LLP, effective August 6, 2026.

3. Plaintiff will continue to be represented by the undersigned counsel from the law firm of Sullivan & Carter, LLP.

WHEREFORE, Plaintiff respectfully requests that the Court grant Gouthami Tufts leave with withdraw as one of the attorneys of record in this action.

1

Dated:     July 28, 2026

Respectfully submitted,

*/s/ Gouthami V. Tufts*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
g.tufts@scip.law

***ATTORNEYS FOR PLAINTIFF***